**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNATHAN E. MINGO,

Plaintiff

v.

JAMES E. DZURENDA, et al.,

Defendants

Case No.: 3:25-cv-00757-ART-CSD

**Order Re:** ECF No. 14

Discovery papers are not to be filed with the court unless otherwise ordered, or if the discovery paper is the subject of and is appended to a discovery motion, response or reply. *See* Fed. R. Civ. P. 5(d)(1)(A); LR 26-7. The court notes that Defendants have yet to be served.

Therefore, (ECF No. 14), is **STRICKEN** from the docket.

**IT IS SO ORDERED**.

Dated: November 23, 2026

Craig S. Denney
United States Magistrate Judge